# Fryrear, etc. v. Kentucky & Indiana Terminal Railroad Co.

May 10, 1949.

Lawrence S. Grauman and Marvin Snyder for appellant.

Hubert T. Willis and Bullitt & Middleton for appellee.

OPINION OF THE COURT BY VAN SANT, COMMISSIONER —Affirming.

This is the third companion case to that of Fryrear v. Kentucky & Indiana Terminal Railroad Company, Inc., 310 Ky. 250, 220 S. W. 2d 546. For the reasons given in the opinion in the above cited case the judgment is affirmed.